IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: March 23, 2021 |
| | : | |
| vs. | : | |
| | : | |
| TAO LI | : | Criminal No. 16-22-02 |

**HEARING CANCELLED**

      **TAKE NOTICE** that the above-entitled case has been set for SENTENCING in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on FRIDAY MARCH 26, 2021 at 1:30 p.m. before the Honorable Joel H. Slomsky , **VIA VIDEO.**

      Video Link instructions will be forthcoming.

      **ALL DEFENDANTS ARE DIRECTED TO REPORT ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

☐ INTERPRETER REQUIRED
XX  THIS PROCEEDING HAS BEEN RESCHEDULED FROM, MARCH 29, 2021

      Very truly yours,

*S/ Matthew J. Higgins*
Matthew J. Higgins
Deputy Clerk to Judge Slomsky

Notice to:
J. JOSEPH,Esq., Defense Counsel,
R. LIVERMORE, K. DRISCOLL,  A.U.S.A.
U.S. Marshal
M. LOTT, Probation Office
J. Gomez, Pretrial Services
Crystal Wardlaw